```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 06 B 15032
   JOHNNY LEE PITTMAN
                                               CHAPTER 13

                                               JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-1618

-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
      The case was filed on 11/16/2006 and was confirmed 03/06/2007.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

      The case was dismissed after confirmation 11/08/2007.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
-------------------------------------------------------------------------------
NEW CENTURY MORTGAGE COR  CURRENT MORTG         .00            .00           .00
NEW CENTURY MORTGAGE COR  MORTGAGE ARRE         .00            .00           .00
CENTRIX FINANCIAL         SECURED VEHIC   10875.00         495.65       2289.45
CONSUMER PORTFOLIO SERV   SECURED VEHIC   10375.00         499.80       1501.07
CONSUMER PORTFOLIO SERV   UNSECURED        1378.17            .00           .00
INTERNAL REVENUE SERVICE  PRIORITY         3048.75            .00           .00
ARROW FINANCIAL SERVICES  UNSECURED      NOT FILED           .00           .00
CAVALRY PORTFOLIO SERVIC  UNSECURED      NOT FILED           .00           .00
HELLER & FRISONE          UNSECURED      NOT FILED           .00           .00
I C COLLECTION SERVICE    UNSECURED      NOT FILED           .00           .00
PEOPLES GAS LIGHT & COKE  UNSECURED      NOT FILED           .00           .00
PORTFOLIO RECOVERY ASSOC  UNSECURED        4305.25            .00           .00
WEXLER & WEXLER           UNSECURED      NOT FILED           .00           .00
CENTRIX FINANCIAL         UNSECURED        4974.58            .00           .00
ERNESTO D BORGES JR       DEBTOR ATTY     2,700.00                          .00
TOM VAUGHN                TRUSTEE                                        310.03
DEBTOR REFUND             REFUND                                            .00

      Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                       RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                 5,096.00

PRIORITY                                              .00
SECURED                                          3,790.52
   INTEREST                                        995.45
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                               310.03
DEBTOR REFUND                                         .00
                       --------------      --------------

             PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 06 B 15032 JOHNNY LEE PITTMAN
```

```
TOTALS                                   5,096.00              5,096.00
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                  /s/ Tom Vaughn
Dated: 02/27/08                   _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE
```